*I. H. Sutton,* contra.

---

17361.   SEA ISLAND COTTON GIN CO. *v.* FOWLER.

LUKE, J.   The Sea Island Cotton Gin Co. sued Fowler on two promissory notes for $120 each, given for the balance due on the purchase-price of a cotton gin. The defendant pleaded total failure of consideration, and sought the return of the cash payment made on said gin. The jury returned a verdict in favor of the defendant. Upon the authority of *Hardee* v. *Carter,* 94 *Ga.* 482 (19 S. E. 715), and *Stimpson Specialty Co.* v. *Parker,* 10 *Ga. App.* 295 (73 S. E. 412), the court erred in overruling the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1926.

Complaint; from Treutlen superior court—Judge Strange. April 3, 1926.

*M. B. Calhoun,* for plaintiff.   *N. L. Gillis Jr.,* for defendant.

---

Sales, 35 Cyc. p. 539, n. 64; p. 540, n. 65.

---

17368.   PENICK *v.* THE STATE.

BROYLES, C. J.   The indictment in this case was drawn under section 192 of the Penal Code of 1910, and contained every essential averment required by that section. The demurrer to the indictment was properly overruled.   *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1926.

Larceny after trust; from Morgan superior court—Judge Park. April 2, 1926.

*Anderson & Wood, Allen & Pottle,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

---

Larceny, 36 C. J. p. 810, n. 3.